IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
**No. 5:22-CV-103**

| | | |
|---|---|---|
| OLIVIA KAPLAN, | ) | |
| | ) | |
| Plaintiff, | ) | ORDER FOR |
| | ) | REMAND |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| | ) | |
| Acting Commissioner of Social Security | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Plaintiff's Complaint and Defendant's Motion for Remand to the Commissioner for further administrative proceedings, including a new hearing. The Commissioner wishes to conduct further fact finding.

The Court finds good cause has been alleged for remand and that further administrative fact-finding is warranted. Accordingly, the Court hereby under sentence four of 42 U.S.C. § 405(g) remands the case to the Commissioner for further proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

1

The Clerk of Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED.

Signed: April 28, 2023

Graham C. Mullen
United States District Judge

2